SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



AUG 2 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE              )   2:13-SW-0581    EFB
APPLICATION OF THE UNITED STATES  )
OF AMERICA FOR SEARCH WARRANT     )
CONCERNING:                       )   ORDER RE: REQUEST TO UNSEAL
                                  )   SEARCH WARRANT AND SEARCH
                                  )   WARRANT AFFIDAVIT
                                  )
    108 Patrick Court,            )
    Vallejo, California 94591     )   UNDER SEAL
                                  )
                                  )
                                  )
                                  )
                                  )
                                  )
_____)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: August 29, 2013

_____
Hon. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE